**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:
ALLOR, NOAH JAMES

Case No. 09-78167
Chapter 7
Honorable WALTER SHAPERO

_____Debtor(s)_____/

CERTIFICATE OF DISTRIBUTION

Now comes Kenneth A. Nathan, trustee of the above-named estate, and hereby states the following:

1. That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

2. That the trustee has collected $2,300.38, and disbursed $0.00, leaving a balance on hand of $2,300.38, which funds are lodged in an account in The Bank of New York Mellon;

3. That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

|  |  | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| Kenneth A. Nathan | Trustee Compensation PO Dated 12/10/2010 | 575.10 | 100.00 | 575.10 |
| NATHAN ZOUSMER, P.C. | Attorney for Trustee Fees (Trustee Firm) PO Dated 12/10/2010 | 643.50 | 100.00 | 643.50 |
|  | Subtotals: | $ 1,218.60 |  | $ 1,218.60 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 5,712.60 | 2.33 | 133.34 |
| 2 | AMERICAN EXPRESS CENTURION BANK | 10,826.73 | 2.33 | 252.71 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | 23,034.02 | 2.33 | 537.63 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 6,773.60 | 2.33 | 158.10 |
| | Subtotals: | $ 46,346.95 | | $ 1,081.78 |

Unsecured Subtotals: $ 46,346.95     $ 1,081.78

Total Paid:     $ 2,300.38

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Date: December 16, 2010

/s/ Kenneth A. Nathan
Kenneth A. Nathan, Trustee (P35142)
Nathan Zousmer, P.C.
260 Franklin Center
29100 Northwestern Highway
Southfield, MI 48034
knathantrustee@nathanzousmer.com
(248) 351-0099